**Victor R. MOORE, Sr., Appellant,**

v.

**MBR MANAGEMENT CORPORATION** d/b/a Dominos Pizza, Respondent.

**No. ED 102132**

Missouri Court of Appeals, Eastern District, *DIVISION FOUR.*

Filed: May 26, 2015

Melvin L. Raymond, 4387 Laclede Ave., Ste. A, St. Louis, MO 63108, for Appellant.

Rodney A. Harrison, 7700 Bonhomme Ave., Ste. 650, St. Louis, MO 63105, David L. Schenberg, 190 Carondelet Plaza, #600, St. Louis, Mo 63105, for Respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## ORDER

PER CURIAM.

Victor R. Moore, Sr. appeals the judgment denying his Rule 74.06(b)(5)[1] motion for relief from the trial court's judgment dismissing his discrimination claim against MBR Management Corporation D/B/A Dominos Pizza for failure to prosecute. We find that no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

---

1. All references to Rules are to Missouri Supreme Court Rules (2014).